UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation



**Order Filed on December 11, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:
    Anthony DiProspero & Janice DiProspero,

Debtors.

Case No.: 14-14572-JNP

Adv. No.:

Hearing Date: 8/22/2017 @ 10:00 a.m..

Judge: Jerrold N. Poslusny

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 11, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Anthony DiProspero & Janice DiProspero
Case No:  14-14572-JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2011 Toyota RAV4, VIN 2T3DFFDV0BW119291, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 28, 2017, Debtors are due for the installments due June 27, 2017 through November 28, 2017 for a total default of $2,515.59 (6 x $426.17, less partial balance of $41.43); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,515.59 will be paid over six months by Debtor, in addition to the regular installment payment, remitting $419.27 per month for three months which additional payments shall begin on January 1, 2017 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume December 28, 2017, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Anthony A DiProspero
Janice M DiProspero
    Debtors

Case No. 14-14572-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2017
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
db/jdb        +Anthony A DiProspero,    Janice M DiProspero,    421 Periwinkle Drive,    Deptford, NJ 08096-5109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         George C. Greatrex, Jr.    on behalf of Creditor    The Heritage Homeowners Association, Inc.
           ggreatrex@sgglawfirm.com,    kmuchler@verizon.net
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
         Laura M. Egerman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
          Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
         Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
          Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
         Seymour Wasserstrum    on behalf of Debtor Anthony A DiProspero mylawyer7@aol.com,
           ecf@seymourlaw.net
         Seymour Wasserstrum    on behalf of Joint Debtor Janice M DiProspero mylawyer7@aol.com,
           ecf@seymourlaw.net
                                                                                          TOTAL: 9